AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| NIPPON YUSEN KAISHA<br>*Plaintiff*<br>v.<br>PANDOL ASSOCIATES MARKETING INC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. CV14-08055 R (JEMx) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   05/14/2015

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10-23-2015

CLERK OF COURT   *[signature]*

*Signature of Clerk or Deputy Clerk*

Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff
NIPPON YUSEN KAISHA

closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, also known as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA, <br><br> Plaintiffs, <br><br> vs. <br><br> PANDOL ASSOCIATES MARKETING, INC., <br><br> Defendant. | CASE NO.: 14CV-08055 R (JEMx) <br><br> IN ADMIRALTY <br><br> JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC. <br><br> Date of Hearing: April 6, 2015 <br> Time: 10:00 a.m. <br> Courtroom: Honorable Manuel L. Real <br> Courtroom 8, 2nd Floor <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

//
//

---

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND
AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.

      In accordance with the order granting the Motion for Summary Judgment filed by Plaintiff NIPPON YUSEN KAISHA ("NYK") against Defendant PANDOL ASSOCIATES MARKETING, INC. ("PANDOL"), IT IS HEREBY ORDERED that judgment be entered against PANDOL, and in favor of NYK, in the amount of $68,895, plus prejudgment interest of $268.48, plus attorneys' fees of $7,775, plus collection costs of $500.90, for a total judgment of $77,439.38.

      NYK is also entitled to post judgment interest on the judgment pursuant to 28 U.S.C. §1961, until paid.

Dated: May 14, 2015

_____

United States District Judge

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.

I hereby attest and certify on 10-20-2015 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK



1203