Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff/Petitioner
Nippon Yusen Kaisha

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA;<br><br>Plaintiffs,<br><br>vs.<br><br>PANDOL ASSOCIATES MARKETING, INC.;<br><br>Defendant. | CASE NO.: 1:15-at-00883<br><br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CASE NO.: CV14-08055 R (JEMx)<br><br>IN ADMIRALTY<br><br>EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS |

Petitioner and judgment creditor, NIPPON YUSEN KAISHA ("NYK") hereby applies, *ex parte*, for an order scheduling a judgment debtor examination and to produce documents, pursuant to Rule 69, Federal Rules of Civil Procedure, and California Code of Civil Procedure Sections 708.110 and 708.120.

NYK requests that the Court issue an order requiring:

EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS

1. James Pandol who is believed to be the owner/principal of the judgment debtor, PANDOL ASSOCIATES MARKETING, INC. ("PANDOL"), to appear before a Magistrate Judge of the Court (or referee appointed by the Magistrate Judge) and answer upon oath or affirmation concerning PANDOL's property and assets at a Judgment Debtor Examination under the authority of a Magistrate Judge; and

2. That PANDOL produce to NYK's counsel, Alan Nakazawa, 444 W. Ocean Blvd., Suite 1410, Long Beach, California 90802, at least one week prior to the Judgment Debtor Examination, all information and documents identifying, related to, and/or comprising the following:

   a. Any and all information and documentation identifying real property, personal property, computers, intellectual property, vehicles, boats, brokerage accounts, retirement accounts, life insurance policies, bank deposits, securities, cash and all other assets owned by PANDOL, including, but not limited to, information relating to financial accounts and monies owed to PANDOL by others. Such information and documents, shall include, without limitation, the location of any and all property and assets of PANDOL.

   b. All tax returns filed by PANDOL with any governmental body for the years 2013 through the present.

///

    c.    All of PANDOL's accounting records, computerized, electronic and/or in printed or paper format for the years 2014 through the present.

    d.    All of PANDOL's statements, cancelled checks and related banking documents for any bank, brokerage or financial account at least partially controlled by PANDOL, or recorded in the name of PANDOL for the years 2014 through the present.

    e.    All of PANDOL's checkbooks, checkbook stubs and checkbook entries for the years 2014 through the present.

    f.    Any settlement agreements by which another party has agreed to pay money to PANDOL.

    g.    All of PANDOL's records of accounts payable and receivables, payroll check stubs, passbooks, financial statements, deeds, promissory notes and stock registers.

    h.    All credit card statements of PANDOL for the years 2014 through the present.

    i.    Documents sufficient to show PANDOL's balance sheet for each month for the years 2014 through the present.

///

j.  Documents sufficient to show PANDOL's gross revenues for each month for the years 2014 through the present.

k.  Documents sufficient to show PANDOL's costs and expenses for each month for the years 2014 through the present.

This Application is made based upon the Memorandum of Points and Authorities and the declaration of Alan Nakazawa.

Respectfully submitted,

Dated: November 3, 2015        COGSWELL NAKAZAWA & CHANG, LLP

By:     /s/ Alan Nakazawa
        Alan Nakazawa
        Attorneys for Petitioner
        NIPPON YUSEN KAISHA