Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff/Petitioner
Nippon Yusen Kaisha

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA;<br><br>Plaintiffs,<br><br>vs.<br><br>PANDOL ASSOCIATES MARKETING, INC.<br><br>Defendant. | CASE NO.: 1:15-at-00883<br><br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CASE NO.: CV14-08055 R (JEMx)<br><br>IN ADMIRALTY<br><br>DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS |

///

///

///

DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS

I, Alan Nakazawa, declare as follows:

1. I am a partner in the firm of COGSWELL NAKAZAWA & CHANG, LLP, 444 W. Ocean Blvd., Suite 1410, Long Beach, California 90802, attorneys of record for the petitioner/judgment creditor, NIPPON YUSEN KAISHA ("NYK") in the above-entitled action.

2. I make this declaration in support of NYK's Ex Parte Application for Order Scheduling Judgment Debtor Examination and to Produce Documents.

3. I have personal knowledge of the following facts, except those stated on information and belief, and as to those facts, I believe them to be true.

4. On October 17, 2014, Petitioner NIPPON YUSEN KAISHA ("NYK") filed suit against PANDOL ASSOCIATES MARKETING, INC. ("PANDOL") in the United States District Court for the Central District of California (Case No. CV-14008055R (JEMx) for freight charges due under NYK's ocean bills of lading and marine tariff.

5. On March 16, 2015, NYK filed a motion for summary judgment against PANDOL in the said action.

6. On May 14, 2015, the Court issued the order granting NYK's motion for summary judgment. A Judgment was entered in favor of NYK and against PANDOL in the amount of $77,439.38. *See* Judgment and Abstract of Judgment attached as Exhibit "A" hereto.

7.     The person to be examined, James Pandol, is the agent for service of process of the judgment debtor, PANDOL. A true and correct copy of the Business Entity Detail for PANDOL from the website of the California Secretary of State obtained on September 23, 2015, is attached hereto as Exhibit "B."

8.     Based on the Business Entity Detail, I am informed and believe that the address of James Pandol is 1838 So. Royal Oaks Drive, Visalia, California 93277.

9.     I am informed and believe that the address of James Pandol and the business address of PANDOL is within 150 miles of the Court in Bakersfield.

10.    Since the inception of the dispute which gave rise to the lawsuit and the Judgment, PANDOL has not made payment of the outstanding debt and/or Judgment.

11.    I am informed and believe that the Court in Bakersfield is the proper court for the examination of the judgement debtor pursuant to CCP Section 708.160.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States.

Executed this 4th day of November, 2015, at Long Beach, California.

_____
Alan Nakazawa

DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS
- 3 -