EXHIBIT "A"

Alan Nakazawa, State Bar No. 84670  closed
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff
NIPPON YUSEN KAISHA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, also known as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA, <br><br> Plaintiffs, <br><br> vs. <br><br> PANDOL ASSOCIATES MARKETING, INC., <br><br> Defendant. | CASE NO.: 14CV-08055 R (JEMx) <br><br> IN ADMIRALTY <br><br> JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC. <br><br> Date of Hearing: April 6, 2015 <br><br> Time: 10:00 a.m. <br><br> Courtroom: Honorable Manuel L. Real <br> Courtroom 8, 2nd Floor <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

//
//

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND
AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.

In accordance with the order granting the Motion for Summary Judgment filed by Plaintiff NIPPON YUSEN KAISHA ("NYK") against Defendant PANDOL ASSOCIATES MARKETING, INC. ("PANDOL"), IT IS HEREBY ORDERED that judgment be entered against PANDOL, and in favor of NYK, in the amount of $68,895, plus prejudgment interest of $268.48, plus attorneys' fees of $7,775, plus collection costs of $500.90, for a total judgment of $77,439.38.

NYK is also entitled to post judgment interest on the judgment pursuant to 28 U.S.C. §1961, until paid.

Dated: May 14, 2015

_____
United States District Judge

---

JUDGMENT IN FAVOR OF PLAINTIFF NIPPON YUSEN KAISHA AND
AGAINST DEFENDANT PANDOL ASSOCIATES MARKETING, INC.

*WHEN RECORDED MAIL TO:*

Alan Nakazawa, Esq.
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, CA 90802

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NIPPON YUSEN KAISHA dba NYK LINE; NYK LINE (NORTH AMERICA) INC.; PLAINTIFF(S), v. PANDOL ASSOCIATES MARKETING, INC.; DEFENDANT(S). | CASE NUMBER: CV 14-08055 R (JEMx) ABSTRACT OF JUDGMENT/ORDER |
|---|---|

I certify that in the above-entitled action and Court, Judgment/Order was entered on May 14, 2015
in favor of NIPPON YUSEN KAISHA
whose address is 3-2, Marunochi 2 Chome, Chiyoda-ku, Tokyo 100-0005 Japan
and against PANDOL ASSOCIATES MARKETING, INC.
whose last known address is 2107 First Street, Selma, CA 93662
for $ 68,895     Principal, $ 268.48     Interest, $ 500.90     Costs,
and $ 7,775     Attorney Fees.

ATTESTED this 29 day of May, 2015.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Robert E. Goldman, Esq.
1 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1149

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)     ABSTRACT OF JUDGMENT/ORDER