Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiff/Petitioner
Nippon Yusen Kaisha

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA;<br><br>Plaintiffs,<br><br>vs.<br><br>PANDOL ASSOCIATES MARKETING, INC.<br><br>Defendant. | CASE NO.: 1:15-at-00883<br><br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CASE NO.: CV14-08055 R (JEMx)<br><br>IN ADMIRALTY<br><br>[PROPOSED] ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS |

GOOD CAUSE APPEARING, the Court hereby grants Petitioner NIPPON YUSEN KAISHA's ("NYK") Ex Parte Application For Order Scheduling Judgment Debtor Examination and to Produce Documents and orders the following:

1.      James Pandol of the judgment debtor, PANDOL ASSOCIATES MARKETING, INC. ("PANDOL"), shall appear personally on _____, 2015, at _____ ____.m., in the United States District Court for

---

[PROPOSED] ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION
AND TO PRODUCE DOCUMENTS

1 the Eastern District of California located at 510 19th Street, Suite 200, Bakersfield,
2 CA 93301, to furnish information to aid in enforcement of a money judgment
3 against the judgment debtor, PANDOL by answering questions about PANDOL's
4 real, personal, tangible and intangible property and assets.

      2.      NYK shall serve this order upon PANDOL not less than 10 days before the date set for the examination and must file a certificate of such service with the Court.

NOTICE TO JUDGMENT DEBTOR/PERSON SERVED:
IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

      3.      PANDOL is also ordered to produce to NYK's counsel, Alan Nakazawa of COGSWELL NAKAZAWA & CHANG, LLP, 444 W. Ocean Blvd., Suite 1410, Long Beach, California 90802, at least one week prior to the debtor examination, the following information and documents:

      a.      Any and all information and documentation identifying real property, personal property, computers, intellectual property, vehicles, boats, brokerage accounts, retirement accounts, life insurance policies, bank deposits, securities, cash and all other assets owned by PANDOL, including, but not limited to, information relating to financial accounts and monies owed to

PANDOL by others. Such information and documents, shall include, without limitation, the location of any and all property and assets of PANDOL.

    b.    All tax returns filed by PANDOL with any governmental body for the years 2013 through the present.

    c.    All of PANDOL's accounting records, computerized, electronic and/or in printed or paper format for the years 2014 through the present.

    d.    All of PANDOL's statements, cancelled checks and related banking documents for any bank, brokerage or financial account at least partially controlled by PANDOL, or recorded in the name of PANDOL for the years 2014 through the present.

    e.    All of PANDOL's checkbooks, checkbook stubs and checkbook entries for the years 2014 through the present.

    f.    Any settlement agreements by which another party has agreed to pay money to PANDOL.

    g.    All of PANDOL's records of accounts payable and receivables, payroll check stubs, passbooks, financial statements, deeds, promissory notes and stock registers.

///

      h.      All credit card statements of PANDAL for the years 2014 through the present.

      I.      Documents sufficient to show PANDOL's balance sheet for each month for the years 2014 through the present.

      j.      Documents sufficient to show PANDOL's gross revenues for each month for the years 2014 through the present.

      k.      Documents sufficient to show PANDOL's costs and expenses for each month for the years 2014 through the present.

IT IS SO ORDERED.

Dated:_____

                                                      United States Magistrate Judge