PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 444 W. Ocean Boulevard, Suite 1410, Long Beach, CA 90802.

On November 4, 2015, I served the foregoing document described as:

**(1) EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS;**
**(2) MEMORANDUM OF POINTS AND AUTHORITIES OF NIPPON YUSEN KAISHA IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS;**
**(3) DECLARATION OF ALAN NAKAZAWA IN SUPPORT OF EX PARTE APPLICATION OF NIPPON YUSEN KAISHA FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS;**
**(4) [PROPOSED] ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS**

on the interested party in this action, by placing the ( ) original (X) true copy thereof enclosed in sealed envelope to the addressee as follows:

Robert E. Goldman, Esq.
Law Office of Robert E. Goldman
1 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301
*Attorney for Pandol Associates Marketing, Inc.*

(X)     by mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing, which is deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Long Beach, CA in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 4, 2015, at Long Beach, California.

_____
Melissa Ackerman