ROBERT E. GOLDMAN, Esq. (S.B. #159989)
Law Office of Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tele: (954) 745-7450
Fax:  (954) 745-7460

Attorney for James Pandol

Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Blvd., Suite 1410
Long Beach, California 90802
Telephone:     (562) 951-8668
Facsimile:     (562) 951-3933

Attorneys for Plaintiff/Judgment Creditor NIPPON YUSEN KAISHA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA,<br><br>    Plaintiff,<br><br>vs.<br><br>PANDOL ASSOCIATES MARKETING, INC.<br><br>    Defendant. | Case No.:  15-mc-00060 SAB<br><br>**ORDER CONTINUING APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR PANDOL ASSOCIATES MARKETING, INC.** |

//

//

1

Pursuant to the Stipulation Continuing Appearance and Examination of Judgment Debtor Pandol Associates Marketing, Inc., which is hereby approved, IT IS HEREBY ORDERED that the appearance and examination of James Pandol is continued to Wednesday, February 17, 2016, at 10:00 a.m. in the Courtroom 9 of the United States District Courthouse, located at 2500 Tulare Street, Fresno, California 93721, and that the Defendant/Judgment Debtor Pandol Associates Marketing, Inc. shall deliver the documents responsive to the Court's Order filed November 5, 2015, to Plaintiff/Judgment Creditor Nippon Yusen Kaisha's counsel no later than February 10, 2016.  Except as ordered herein, the Court's Order filed November 5, 2015, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**January 5, 2016**__            _____
                                          UNITED STATES MAGISTRATE JUDGE